JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADITION CLUB ASSOCIATES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRADITION GOLF CLUB SALES, a business entity of unknown form, JEFF LARSON, an individual, and DOES 1-20, inclusive.<br><br>Defendants. | Case No.: EDCV-08-1581-VAP-RCx<br><br>[~~PROPOSED~~] AGREED PERMANENT INJUNCTION AND FINAL JUDGMENT |

-1-
AGREED PERMANENT INJUNCTION AND FINAL JUDGMENT

Plaintiff TRADITION CLUB ASSOCIATES, LLC ("ASSOCIATES") AND Defendants CLUB SALES LA QUINTA, LLC, a California limited liability company, incorrectly sued as TRADITION GOLF CLUB SALES, and JEFF LARSON, hereby stipulate and agree, by and through their respective counsel of record, as follows:

1. Defendants CLUB SALES LA QUINTA, LLC and LARSON and their principals, agents, servants, employees, attorneys, successors or assigns (collectively referred to as "SALES") are enjoined from offering for sale, selling, marketing, advertising and promoting real estate using the trade names "TRADITION" or "TRADITION GOLF CLUB" in a manner likely to cause confusion, mistake or deception as to the affiliation, connection or association of SALES or its products and services, with ASSOCIATES, or as to the origin of SALES' products and services.

2. Each party shall bear its own costs, expenses, and attorneys' fees.

3. This is a Final Judgment. However, SALES retains the right to seek dissolution or modification of the injunction pursuant to FRCP 60 should there be a significant change in circumstances or law warranting such relief.

Dated: March 5, 2009

_____
Virginia A. Phillips
United States District Judge

Michael C. Lieb
William A. Delgado
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, CA 90017
Phone: 213-955-9240
Fax: 213-955-9250
E-mail: wdelgado@willenken.com

By _____
William A. Delgado
Attorney for Plaintiff
Tradition Club Associates, LLC

1 | Joel R. Bryant
2 | Green Bryant & French LLP
  | 1230 Columbia Street, Suite 700
3 | San Diego, CA 92101
  | Phone: 619-239-7900
4 | Fax: 61-239-7800
5 | E-mail: jbryant@gbflawyers.com
6 |
7 | By_____
  | Joel R. Bryant
8 | Attorney for Defendants
  | Club Sales La Quinta, LLC and Jeff Larson

-3-
AGREED PERMANENT INJUNCTION AND FINAL JUDGMENT